# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 189 MAL 2016
:
Respondent   :
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
v.   :
:
:
KALEN DAVID BELL,   :
:
Petitioner   :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 190 MAL 2016
:
Respondent   :
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
v.   :
:
:
KALEN DAVID BELL,   :
:
Petitioner   :

## **ORDER**

**PER CURIAM**

   **AND NOW**, this 7th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.